MARY B. COURTNEY, as Administratrix of the Estate of DENNIS J. COURTNEY, Deceased, Respondent, *v.* NIAGARA FALLS HYDRAULIC POWER AND MANUFACTURING COMPANY, Appellant.

*Courtney* v. *Niagara Falls Hydraulic P. & M. Co.*, 138 App. Div. 383, affirmed.

(Argued February 9, 1911; decided March 21, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 18, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned by the negligence of defendant, his employer.

*Ralph S. Kent* for appellant.

*Eugene M. Ashley* and *Augustus Thibaudeau* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., VANN, WILLARD BARTLETT, HIS-COCK, CHASE and COLLIN, JJ. Absent: HAIGHT, J.

---

GEORGE M. DEXTER, Respondent, *v.* JETTER BREWING COMPANY, Appellant.

*Dexter* v. *Jetter Brewing Co.*, 134 App. Div. 926, affirmed.
(Argued February 24, 1911; decided March 21, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 11, 1909, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover for goods sold and delivered.

*Charles Trosk* and *Otto C. Sommerich* for appellant.

*William F. Hagarty* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.